IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| NATALIE MATHER,<br><br>              Plaintiff,<br><br>vs.<br><br>NOVO NORDISK, INC.,<br><br>              Defendant. | CV-20-43-H-BMM-JTJ<br><br>ORDER |

      United States Magistrate Judge John Johnston issued an Order on February 17, 2021, directing Plaintiff Natalie Mather to show cause as to why the Court should not dismiss this matter for failure to prosecute. (Doc. 22). Judge Johnston informed Mather that she must show cause "[o]n or before March 12, 2021." *Id.* Mather failed to comply with the Show Cause Order.

      Judge Johnston issued Findings and Recommendations on March 19, 2021, recommending that this Court dismiss Mather's case with prejudice for failure to prosecute. (Doc. 23). No party filed an objection to the Findings and Recommendations. The Court has reviewed Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus.*

*Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendations and adopts them in full.

## ORDER

Accordingly, **IT IS HEREBY ORDERED:**

1. This matter is **DISMISSED** with prejudice for Mather's failure to prosecute the action under Fed. R. Civ. P. 41(b).

2. The Clerk of Court is directed to close this matter and enter judgment pursuant to Fed. R. Civ. P. 58.

3. The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Fed. R. App. P. 24(a)(3)(A) that any appeal of this decision would not be taken in good faith.

Dated this 8th day of April, 2021.

_____
Brian Morris, Chief District Judge
United States District Court